IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEANOLEE SIDBURY, *and all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-865-RP |
| DUN & BRADSTREET EMERGING BUSINESSES CORP. and DUN & BRADSTREET CREDIBILITY CORP., | § § § § | |
| Defendants. | § § | |

## ORDER

On June 10, 2021, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 67). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 11, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE